IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| United States of America for the Use and Benefit of SCM, Inc., <br><br> Plaintiff, <br> v. <br><br> Travelers Casualty and Surety Company of America and Fidelity and Deposit Company of Maryland, and Caddell Construction Co., Inc. <br><br> Defendants. | Civil Action No.: 5:14-CV-00258-FL <br><br><br> ORDER |

This matter is before the court on the Defendants' Motion to Stay pending completion of binding arbitration. The allegations of Plaintiff's Complaint allege that the subcontract at issue includes a binding arbitration provision and the underlying breach of subcontract claim is subject to, and should be submitted to, binding arbitration. Additionally, Plaintiff consents to Defendants' Motion to Stay.

It appears to the Court that the requirements of the Federal Arbitration Act for a stay of this action pursuant to 9 U.S.C. § 3 have been satisfied. Therefore, the Motion to Stay is ALLOWED, and this action shall be stayed pending the completion of binding arbitration between Plaintiff and Defendant Caddell Construction Co., Inc. The parties are directed to submit a status report regarding the arbitration proceedings no later than 90 days from the filing of this order, and every 90 days thereafter until the arbitration proceedings are concluded.

SO ORDERED this the 17th day of June, 2014.

_____
Louise W. Flanagan
United States Judge